# Criminal Case Cover Sheet – U.S. District Court

## Place of Offense:

City: Waterloo

County/Parrish: Jefferson

## Related Case Information:

Superseding _____ Docket Number _____

Same Defendant _____ New Defendant _____

Magistrate Judge Case Number  25-mj-228

Search Warrant Case Number _____

R 20 / R40 from District of _____

## Defendant information:

Matter to be Sealed  ✔ Yes ___ ___ No

**Def. Name:** Andres Jezreel Romero-Santiago

**Alias Name:**

**City/State:**

**Year of Birth:** 1996     Last 4 digits of SSN _____

**Sex:** Male     Race: Hispanic

## U.S. Attorney Information:

AUSA: Elizabeth Altman     Bar #: _____

Interpreter: ___ No  ✔ Yes     List language and/or dialect: _____

## Location Status:

Arrest Date: _____

___ Already in Federal Custody as of: _____ in _____

___ Already in State Custody

___ On Pretrial Release

## U.S.C. Citations:

Total # of Counts:  1     ___ **Petty**     ___ **Misdemeanor**     ✔ **Felony**

___ Class A

___ Class B

___ Class C

| | Index Key/Code | Description of Offense Charged | Counts(s) |
|---|---|---|---|
| Set 1 | 8 U.S.C. § 1326 | Illegal Re-entry | 1 |
| Set 2 | | | |
| Set 3 | | | |
| Set 4 | | | |
| Set 5 | | | |
| Set 6 | | | |

**Date:** December 23, 2025     **Signature of AUSA** /s/ Elizabeth Altman